UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                          Crim. No. 05-148 (PAM/RLE)

                            Plaintiff,

v.                                                                                                 **ORDER**

Steven Scott Gordon,

                            Defendant.

---

This matter is before the Court on Defendant Steven Scott Gordon's Objections to the Report and Recommendation of Magistrate Judge Raymond L. Erickson dated July 25, 2005. Magistrate Judge Erickson recommends that the Court deny Defendant's Motion to Dismiss the Indictment and Motion to Suppress Evidence. Defendant contends that the Magistrate Judge erred in concluding that the evidence was sufficient to indict Defendant, and that there was probable cause to support the issuance of the search warrants.

The Court reviews the Magistrate Judge's recommendations on dispositive matters de novo. 28 U.S.C. § 636(b)(1)(B); D. Minn. L.R. 72.1(c)(2). The Court has carefully reviewed the record in this matter. After that review, the Court is convinced that the Magistrate Judge did not err in recommending the denial of Defendant's Motions. Specifically, the Court agrees with the Magistrate Judge's detailed opinion that the Indictment is legally sufficient and that the search warrants were issued upon a compelling showing of probable cause. Therefore, the Court concurs with the rationale and conclusions of the Magistrate Judge and adopts the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss Indictment (Clerk Doc. No. 11) is **DENIED**; and

2. Defendant's Motion to Suppress Evidence (Clerk Doc. NO. 26) is **DENIED**.

Dated: August 19, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge