UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-148(PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN GORDON, )<br>)<br>    Defendant. ) | ORDER DISMISSING COUNTS 27,<br>33, AND 34 OF THE INDICTMENT |

This matter is before the Court upon the motion of the United States to dismiss Counts 27, 33, and 34 of the Indictment.

Based upon the government's motion, and there being no opposition thereto,

IT IS HEREBY ORDERED that the government's motion to dismiss Counts 27, 33, and 34 of the Indictment is GRANTED.

Dated: October 25, 2005

                                            s/ Paul A. Magnuson
                                            Paul A. Magnuson, Judge
                                            U. S. District Court